THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:24-cv-00012-MR-WCM

| | |
|---|---|
| **CEDRIC JONES,** ) <br> ) <br>          **Plaintiff,** ) <br> ) <br> **vs.** ) <br> ) <br> **WALMART DC 6070,** ) <br> ) <br>          **Defendant.** ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's Motion to Dismiss Plaintiff's Complaint [Doc. 12], and the Magistrate Judge's Memorandum and Recommendation [Doc. 17] regarding the disposition of the Motion to Dismiss.

Pursuant to 28 U.S.C. § 636(b) and the standing Orders of Designation of this Court, the Honorable W. Carleton Metcalf, United States Magistrate Judge, was designated to consider the above-referenced motions and to submit a recommendation for their disposition.

On February 13, 2025, the Magistrate Judge filed a Memorandum and Recommendation in this case containing conclusions of law in support of a recommendation regarding the pending Motion to Dismiss. [Doc. 12]. The parties were advised that any objections to the Magistrate Judge's

Memorandum and Recommendation were to be filed in writing within fourteen (14) days of service. The period within which to file objections has now expired, and no written objections to the Memorandum and Recommendation have been filed.

After a careful review of the Magistrate Judge's Recommendation, the Court finds that the proposed conclusions of law are consistent with current case law. Accordingly, the Court hereby accepts the Magistrate Judge's recommendation regarding the pending motions.

**IT IS, THEREFORE, ORDERED** that the Memorandum and Recommendation [Doc. 17] is **ACCEPTED**; the Defendant's Motion to Dismiss Plaintiff's Complaint [Doc. 12] is **GRANTED**; and the Plaintiff's Complaint is **DISMISSED**.

**IT IS SO ORDERED.**

Signed: March 18, 2025

Martin Reidinger
Chief United States District Judge